UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

EZEKIAL DINGLE, :
        Petitioner, :
         :
v. : No. 5:17-cr-00392
         :
UNITED STATES OF AMERICA, :
        Respondent. :

**O R D E R**

**AND NOW**, this 12th day of May, 2022, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

1. The Rule 60 motion, ECF No. 29, is **DISMISSED**.

2. There is no basis for a certificate of appealability ("COA").[1]

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] Although the motion is not construed pursuant to 28 U.S.C. § 2255, there would be no basis for a certificate of appealability if it were so construed. *See* 28 U.S.C. § 2253(c); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).